UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO.  07CR10320

V.

JAMES DESIMONE

## NOTICE OF APPEAL

NOW COMES the defendant, James DeSimone, and hereby notifies this Court that he hereby appeals this Court's sentence in the above-entitled matter.

                                        Respectfully submitted,
                                        James DeSimone,
                                        By his Attorney,

Date: July 6, 2010                /S/   Paul J. Garrity_____
                                        Paul J. Garrity
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        (603) 434-4l06
                                        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 6th day of July, 2010, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to James DeSimone.

                                        /S/   Paul J. Garrity_____
                                        Paul J. Garrity